UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY RAY LUNA, ET AL. | CIVIL ACTION |
| VERSUS | NO. 09-3853 |
| LOUISIANA FIFTH CIRCUIT COURT OF APPEAL JUDGE THOMAS J. KLIEBERT AND ESTATE, ET AL. | SECTION: "N"(1) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections filed by the plaintiffs on July 8, 2009 to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiffs' federal claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary against damages defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 17th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE